Case 1:19-cv-00109 Document 14 Filed on 08/28/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BENITA RAMOS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:19-CV-109 |
| § | |
| ANDREW M. SAUL, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Benita Ramos seeks review of the Administrative Law Judge's decision to deny her disability insurance benefits. (Complaint, Doc. 1) She moves for summary judgment. (Motion, Doc. 7)

On July 29, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 13) concluding that substantial evidence did not support the ALJ's decision and recommending that the case be remanded to the Commissioner of Social Security for further hearings. No party filed any objections to the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Plaintiff Benita Ramos' Motion for Summary Judgment (Doc. 7) is **GRANTED**; and

**ORDERED** that this matter is remanded to the Commissioner of Social Security for further hearings not inconsistent with this Order and the adopted Report and Recommendation.

All other relief not expressly granted is denied.

SIGNED this 28th day of August, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge